```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 4  Telephone: (916) 554-2700
    Fax:  (916) 554-2900
 5  KATHERINE R. LOO
    Special Assistant U.S. Attorney
 6  333 Market Street, Suite 1500
    San Francisco, CA 94102
 7  Telephone:  (916) 977-8943
    Fax:  (415) 744-0134
 8
    Attorneys for Defendant
 9
10                   UNITED STATES DISTRICT COURT
11                   EASTERN DISTRICT OF CALIFORNIA
12
    DEBORAH A. VERRETT,          )   Case No. 2:06-CV-01088-GGH
13                               )
         Plaintiff,              )   STIPULATION AND ORDER
14                               )
    v.                           )
15                               )
    JO ANNE B. BARNHART,         )
16  Commissioner of              )
    Social Security,             )
17                               )
         Defendant.              )
18  _____)
```

19     The parties to the above-captioned action, by and through

20  their undersigned attorneys, hereby stipulate as follows:

21     1)  Page 47 of the Certified Administrative Transcript is a

22  confidential record pertaining to one or more individuals other

23  than Plaintiff;

24     2)  Page 47 will be removed from the Certified

25  Administrative Transcript prior to filing and from all copies of

26  the Transcript, and destroyed by Plaintiff's attorney, the

27  VERRETT v. Barnhart
    Redaction Stip. & Order
28  2:06-cv-01088-GGH                **1**

1  Assistant United States Attorney, and the Assistant Regional
2  Counsel.
3       3)  Page 47, mistakenly included in the Transcripts, will
4  not be disclosed to anyone.
5       4)  The inadvertent inclusion of Page 47 in the Certified
6  Administrative Transcript will not be a basis for a claimed
7  error.
8  / / /
9  / / /
10 / / /

```
        /s/ Bess M. Brewer
            (As authorized on OCTOBER 23, 2006)
        BESS M. BREWER
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney


By:  /s/ Bobbie J. Montoya for
         (As signed on OCTOBER 23, 2006)
        KATHERINE R. LOO
        Special Assistant U.S. Attorney

        Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

ORDER

        APPROVED AND SO ORDERED.

DATED:10/27/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

verrett.ord

VERRETT v. Barnhart
Redaction Stip. & Order
2:06-cv-01088-GGH                      **3**