BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH A. VERRETT** | Case No: CIV-06-1088 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **JO ANNE B. BARNHART** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of December 11, 2006 to January 19, 2007. This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule and the upcoming holidays.

/ / / /

/ / / /

/ / / /

1

1

2  Dated:  December 6, 2006					*/s/Bess M. Brewer*
3							BESS M. BREWER
							Attorney at Law
4
5							Attorney for Plaintiff

6

7  Dated: December 6, 2006				McGregor W. Scott
8							United States Attorney

9
							By: */s/ Katherine Loo*
10							KATHERINE LOO
							Assistant Regional Counsel
11							Social Security Administration
12
13							Attorney for Defendant

14

15

16
						**ORDER**
17

18

19  APPROVED AND SO ORDERED.
20

21
    DATED: 12/13/06					/s/ Gregory G. Hollows
22

23							GREGORY G. HOLLOWS
							U.S. MAGISTRATE JUDGE
24  verrett.ord1
25

26

27

28