1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBORAH A. VERRETT**,<br><br>             Plaintiff,<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>             **Defendant.** | Case No: CIV-06-1088 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of January 19, 2007 to February 20, 2007. This extension is required in order to permit the parties to explore settlement of this case.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: January 17, 2007 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: January 17, 2007 | McGregor W. Scott |
| 7 | | United States Attorney |
| 8 | | By: */s/ Katherine Loo* |
| 9 | | KATHERINE LOO |
| 10 | | Special Assistant United States Attorney |
| | | Social Security Administration |
| 11 | | |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 1/23/07          /s/ Gregory G. Hollows

                                   GREGORY G. HOLLOWS
                                   U.S. MAGISTRATE JUDGE

verrett.ord2

2